second (d) the words "and to whom same was paid" are struck; (c) as to item third, it will suffice for defendant to state generally the other items of loss or damage claimed to have been suffered; (d) as to item twelfth, the words "in detail" are struck and "generally" substituted; the last sentence of that item is also struck; (e) as to item fourteenth, the words "the details as to" are struck; (f) as to item fifteenth, the words "each and every act of" are struck and "generally the acts" substituted in place thereof. The bill of particulars shall be served in accordance with the demand as herewith modified at such time as may be fixed in the order to be settled. As so modified the order is affirmed, with $20 costs and disbursements to the appellant. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

ELMER HIRSCHHORN, Appellant, v. SEYMOUR HIRSCHHORN et al., Individually and as Putative Executors and Trustees under a Paper Purporting to Be the Will of KATIE HIRSCHHORN, et al., Respondents.— Order unanimously affirmed, with printing disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Probate of the Will of KATIE HIRSCHHORN, Deceased. ELMER HIRSCHHORN, Appellant; SEYMOUR HIRSCHHORN et al., Respondents.— We see no objection to trying the probate proceedings first. However, if the will is admitted to probate, all action thereunder, to the extent that it would tend to conflict with any of the rights of the appellant under the contract claimed should be stayed pending the determination of the contract action which should be tried promptly. Order unanimously affirmed, with $20 costs and disbursements. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of RICARDA L. SOSA et al., Respondents, against LINCOLN HOSPITAL OF THE CITY OF NEW YORK et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [190 Misc. 448.]

In the Matter of the Accounting of SOPHIE KATZ, as. Administratrix of the Estate of MORRIS KATZ, Deceased, Appellant. EDITH KATZ, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Arbitration between YOUNG AMERICA FILMS, INC., Respondent, and TRANSFILM INCORPORATED, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 885.]

LEON SACKS, Respondent, v. BELA D. EISLER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MARION BARNETT, Respondent, v. DELL PUBLISHING Co., INC., et al., Defendants, and NEA SERVICE, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

MAX FRENKEL, Respondent, v. NICOLAS J. GEROLD et al., General Partners of the Firm of JOSEPHTHAL & COMPANY, Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.